*In re* **Tepper,** Ivan H. (MR 17107)
Lynchburg, Virginia

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Ivan H. Tepper is disbarred.

*In re* **Titoni,** Frank William (MR 17213)
Pueblo, Colorado

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Frank William Titoni, who has been disciplined in the State of Colorado, is disbarred in the State of Illinois.